ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 9:28 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00120-CV**

# In the Court of Appeals
## for the Fifteenth Judicial District
## Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 9:28:32 AM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS,

*Appellant*,

*v.*

HARRIS COUNTY, TEXAS; HARRIS COUNTY COMMISSIONERS COURT; LINA HIDALGO, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY JUDGE; RODNEY ELLIS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF HARRIS COUNTY PRECINCT 1; ADRIAN GARCIA, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF HARRIS COUNTY PRECINCT 2; TOM RAMSEY, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF HARRIS COUNTY PRECINCT 3; LESLEY BRIONES, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF HARRIS COUNTY PRECINCT 4; HARRIS COUNTY PUBLIC HEALTH; AND LEAH BARTON, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF HARRIS COUNTY PUBLIC HEALTH,

*Appellees.*

On Appeal from the 165th Judicial District Court, Harris County

## APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE APPELLANT'S AMENDED BRIEF

**To the Honorable Fifteenth Court of Appeals:**

Appellant, The State of Texas ("Appellant"), files this unopposed motion for leave to file Appellant's Amended Brief, and would respectfully show the Court the following:

1. Appellant filed Appellant's Brief on December 31, 2024.

2. Upon returning from the holiday break and in reviewing Appellant's brief, it came to light there were clerical formatting errors in the filed brief.

3. Appellant seeks to file an amended brief to correct the formatting errors and will not alter the substance of the brief.

4. Appellant's Amended Brief is attached as an exhibit to this Motion.

### CONCLUSION

Appellant requests permission to file the attached brief.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

WILLIAM D. WASSDORF
Deputy Chief, General Litigation
State Bar No. 24103022
Will.Wassdorf@oag.texas.gov

/s/ William H. Farrell
WILLIAM H. FARRELL
Assistant Attorney General
Texas State Bar No. 00796531
Biff.Farrell@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 936-2650
Fax: (512) 320-0667

**Counsel for Appellant**


## CERTIFICATE OF CONFERENCE

I certify that on January 6, 2025, I conferred with counsel for Appellees, Mr. Jonathan Fombonne, via email, and Mr. Fombonne indicated he is unopposed to this motion for leave to file Appellant's Amended Brief.

/s/ William H. Farrell
WILLIAM H. FARRELL

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of William Farrell
Bar No. 796531
nicole.myette@oag.texas.gov
Envelope ID: 95922122
Filing Code Description: Motion
Filing Description: 20250107_Aplnts Mtn for Leave_File Amnd Brf
Status as of 1/7/2025 9:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yetter Coleman | | efile@yettercoleman.com | 1/7/2025 9:28:32 AM | SENT |
| Edward Swidriski | 24083929 | Edward.Swidriski@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 1/7/2025 9:28:32 AM | SENT |
| Lily Hann | | lhann@yettercoleman.com | 1/7/2025 9:28:32 AM | SENT |
| Marisa Mata | | mmata@yettercoleman.com | 1/7/2025 9:28:32 AM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |
| Christian Menefee | 24088049 | christian.menefee@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |
| Ryan Cooper | 24123649 | ryan.cooper@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |
| Eleanor Matheson | 24131490 | Eleanor.matheson@harriscountytx.gov | 1/7/2025 9:28:32 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Farrell | | biff.farrell@oag.texas.gov | 1/7/2025 9:28:32 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 1/7/2025 9:28:32 AM | SENT |